PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

1:00cr60-8

Name of Offender: **Ira D Suber**     Case Number: **1:00CR00060**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
                                       **United States District Judge**

APR  9 2007

Date of Original Sentence: **December 14, 2000**

Original Offense: **Cocaine**

Original Sentence: **76 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **February 17, 2006**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.<br>On March 26, 2007, Suber was indicted n the Hamilton County Court of Common Pleas on one count of Dogfighting. |

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken against Suber until the pending charges are resolved.**

Respectfully submitted,                          Approved,

by *Melissa A. Mutter*                           by *John Cole*

**Melissa Mutter**                               **John Cole**
U. S. Probation Officer                          Supervising U. S. Probation Officer
Date:   **April 9, 2007**                        Date:   **April 9, 2007**



[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott*
Signature of Judicial Officer

*April 9, 2007*
Date