PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio



### Report on Offender Under Supervision

Name of Offender: **Ira D Suber**   Case Number: **1:00CR00060-8**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **December 14, 2000**

Original Offense: **Conspiracy to Distribute Cocaine, a Class A Felony, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(A)**

Original Sentence: **76 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **February 17, 2006**

---

## NON-COMPLIANCE SUMMARY
The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
|  | On June 11, 1007, Suber was indicted in the Montgomery County Court of Common Pleas on two counts Dogfighting and one count Attempting to Commit Dogfighting, case number 2007 CR 01644-1. The specific incidents cited in the indictment are alleged to have taken place on October 28, 2006, and March 24, 2007. |

U.S. Probation Officer Action: **It is respectfully recommended that no action be taken against Suber until the pending charges are resolved in the Montgomery County Court of Common Pleas.**

It should be noted that on May 18, 2007, Your Honor granted Suber an exception to revocation and modified the conditions of his supervision to include the completion of 60 hours of community service at a local animal shelter as a result of his May 4, 2007 conviction for Dogfighting, in the Hamilton County Court of Common Pleas case number B072268, for an incident that took place December 30, 2006.

PROB 12A
(12/98)

2

Suber, Ira D. (Cont'd)

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *Melissa Mutter* (signature) by | *John Cole* (signature) |
|  | **Melissa Mutter** | **John Cole** |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date: **June 18, 2007** | Date: **June 18, 2007** |


[ ]
[ ]

I concur with the recommendation of the Probation Officer
Submit a Request for Modifying the Condition or Term of Supervision
Submit a Request for Warrant or Summons

*Susan J. Dlott* (signature)
Signature of Judicial Officer

6/20/07
Date