PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision



Name of Offender: **Ira D Suber**   Case Number: **1:00CR00060-008**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **December 14, 2000**

Original Offense: **Conspiracy to Distribute Cocaine, a Class A Felony, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(A)**

Original Sentence: **76 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **February 17, 2006**

---

On May 18, 2007, Your Honor granted Suber an exception to revocation and modified the conditions of his supervised release to include the completion of 60 hours of community service at a local animal shelter as a result of his May 4, 2007 conviction for Dogfighting in the Hamilton County Court of Common Pleas in case number B0702268.

Initially, Suber was accepted to complete his community service at the Hamilton County SPCA. However, after learning of the charge of conviction, he was rejected by the SPCA. Due to the nature of his conviction, Suber has had difficulty finding an organization geared toward the care of animals to accept him to complete his community service hours.

U.S. Probation Officer Action: It is respectfully requested that the probation department find an appropriate agency, at which Suber can complete his community service hours.

Respectfully submitted,   Approved,

by *(signature)* by   *(signature)*

**Melissa Mutter**   **John Cole**
U. S. Probation Officer   Supervising U. S. Probation Officer
Date:   **July 5, 2007**   Date:   **July 5, 2007**

---

 I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*(signature)*
Signature of Judicial Officer

*July 6, 2007*
Date