# United States District Court

### for

## Southern District of Ohio

AUG 15 2007

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ira D Suber**                                        Case Number: **1:00CR00060-8**

Name of Sentencing Judicial Officer: **The Honorable Susan J. Dlott, United States District Judge**

Date of Original Sentence: **December 14, 2000**

Original Offense: **Conspiracy to Distribute Cocaine, a Class A Felony, in violation of 21 U.S.C. §§ 846 and 841 (a)(1) and (b)(1)(A)**

Original Sentence: **76 month(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**     Date Supervision Commenced: **February 17, 2006**

Assistant U.S. Attorney: **William E. Hunt**                            Defense Attorney: **To be assigned**

---

## PETITIONING THE COURT

[ ]   To issue a warrant
[X]   To issue an Order to Appear and Show Cause
[ ]   To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On June 11, 2007, Suber was indicted in the Montgomery County Court of Common Pleas on two counts of Dogfighting and one count of Attempting to Commit Dogfighting, case number 2007 CR 01644-1. On July 5, 2007, Suber plead guilty to two counts Dogfighting and in exchange for his guilty plea the count of Attempting to Commit Dogfighting was dismissed. On August 9, 2007, Suber was sentenced to five years community control. |

U.S. Probation Officer Recommendation: On May 18, 2007, Your Honor granted Suber an exception to revocation and modified the conditions of his supervision to include completion of 60 hours community service as a result of his May 4, 2007 conviction for Dogfighting in the Hamilton County Court of Common Pleas, case number B072268, for an incident that took place on December 30, 2006. At that time, it was believed Suber's involvement in Dogfighting was minor, and as a one time spectator. However, the charges that Suber plead guilty to in Montgomery County took place on October 28, 2006, and were for not only being a spectator at a dogfight, but also for knowingly promoting, engaging in or being employed at dogfighting. Thus, Suber's involvement in dogfighting was more extensive than originally believed.

**SUBER, Ira** (continued)

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for years, for a total term of years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **August 15, 2007**

by

Approved,

**Melissa Mutter**
U.S. Probation Officer

**John Cole**
Supervising U.S. Probation Officer
Date:    **August 15, 2007**

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
[X]    The Issuance of an Order to Appear and Show Cause
[ ]    The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
[ ]    Other

Signature of Judicial Officer

Date **Aug 15, 2007**