CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:00CR60-8

vs

IRA D. SUBER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:   Barlow Reporting  _Lois Luell_
Date:             8/29/07 @ 1:30

Attorney for USA:        _Wm Hunt_
Attorney for Defendant:  _Wm. ? Fed. Pub D_

✓ Initial appearance held. Defendant informed of rights and charges.

___ Case continued for Probable Cause Hearing ___ Detention Hearing ___
    on _____
✓ Probable cause hearing held/(waived). Defendant to appear before District Judge Dlott for Probation Violation/supervised release hearing.

___ Probable cause found / not found

___ Defendant DETAINED pending hearing.
✓ Defendant RELEASED on _OR_ bond
✓ Order APPOINTING counsel _FPD_

Remarks: _Financial affidavit to be filled out_
_Waiver to be presented after court_