# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                                          Case No. CR-1-00-60 (8)

IR D. SUBER

_____

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on August 27, 2007.

_____
TIMOTHY S. BLACK
UNITED STATES MAGISTRATE JUDGE

FILED
JAMES BONINI
CLERK
07 AUG 29 PM 3:03
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI