AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

Southern DISTRICT OF Ohio

UNITED STATES OF AMERICA

v.

Ira Suber

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:00CR60

I, _Ira_, charged in a (complaint) (petition) pending in this District with _supervised release violation_ in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_/s/ Ira Suber_
Defendant

8/29/07
Date

_/s/ C. Ransom Hudson_
Counsel for Defendant

FILED JAMES BONINI CLERK
07 AUG 29 PM 3:03
U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI