IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                               Case Number: 1:00CR60-8

IRA D. SUBER

Jail term of 18 Months

3 Years Supervised Release

Conditions:

Defendant is not permitted to have or own any dogs

Defendant shall report to the designated institution as notified by the U.S. Marshal.

Judge:                    Susan J. Dlott

Courtroom Deputy:         William Miller

Court Reporter:           Julie Wolfer, Official

Date:                     September 19, 2007